The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT W. MONSTER,

   Plaintiff,

v.

NV NUTRICIA,

   Defendant.

NO. 2:21–cv–01106–MJP

STIPULATED MOTION TO SET DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT

NOTE ON MOTION CALENDAR:
Monday, October 25, 2021

  Pursuant to Local Civil Rule 7(d)(1) and 10(g), Plaintiff Robert W. Monster ("Plaintiff") and Defendant NV Nutricia ("Defendant") hereby stipulate to and move the Court to enter an Order setting Defendant's deadline to answer or respond to Plaintiff's First Amended Complaint to December 3, 2021.

  On October 14, 2021, Plaintiff filed a Certificate of Service of Summons and Complaint. To resolve any disputes concerning service, Plaintiff and Defendant hereby stipulate that Defendant's deadline to answer or respond to the First Amended Complaint should be set to December 3, 2021.

  No prior requests to extend Defendant's deadline to answer or otherwise respond have been made and extending the answer or response deadline to December 3, 2021 will not prejudice either party.

  DATED this 25th day of October, 2021.

STIPULATED MOTION TO SET DEFENDANT'S DEADLINE TO RESPOND
TO COMPLAINT - 1
(2:21–cv–01106–MJP)

Respectfully,

NEWMAN DU WORS LLP

s/Derek Linke
Derek Linke, WSBA No. 38314
linke@newmanlaw.com
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800

Attorneys for Plaintiff
Robert W. Monster

HOLLAND & HART LLP

s/William G. Cason
William G. Cason, WSBA #55410
1029 W. 3rd Avenue, Suite 550
Anchorage, Alaska 99501-1944
Telephone: 907.865.2600
Facsimile: 907.865.2680
wgcason@hollandhart.com
docketingteam@hollandhart.com

Hope Hamilton (not yet admitted *pro hac vice*)
1800 Broadway, Suite 300
Boulder, Colorado 80302
Telephone: 303.473.4822
Facsimile: 303.416.8842
hihamilton@hollandhart.com

Attorneys for Defendant
NV Nutricia

IT IS SO ORDERED

Dated this 26 day of October, 2021

The Honorable Marsha J. Pechman
United States District Judge

STIPULATED MOTION TO SET DEFENDANT'S DEADLINE TO RESPOND
TO COMPLAINT - 2
(2:21-cv-01106-MJP)