The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT W. MONSTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NV NUTRICIA,<br><br>　　　　Defendant. | NO. 2:21−cv−01106−MJP<br><br>STIPULATED MOTION TO RESET DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT AND TO EXTEND FRCP 26(f) CONFERENCE AND RELATED DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>Wednesday, November 24, 2021 |

　　　　Pursuant to Local Civil Rule 7(d)(1) and 10(g), Plaintiff Robert W. Monster ("Plaintiff") and Defendant NV Nutricia ("Defendant") hereby stipulate to and move the Court to enter an Order resetting Defendant's deadline to answer or respond to Plaintiff's First Amended Complaint and to extend the FRCP 26(f) conference and related deadlines.

　　　　This request is made so that the parties may continue to explore a possible settlement that may fully dispose of this case.

　　　　To resolve disputes concerning service, the parties previously stipulated to set Defendant's answer or response deadline to December 3, 2021; which the Court ordered on October 27, 2021 (ECF No. 10).  No prior requests to extend Defendant's deadline to answer

STIPULATED MOTION - 1
(2:21−cv−01106−MJP)

HOLLAND & HART LLP
1029 W. 3rd Avenue, Suite 550
Anchorage, Alaska 99501-1944
907.865.2600

or otherwise respond have been made and extending the answer or response deadline to December 17, 2021 will not prejudice either party.

The parties also stipulate to and move the Court to reset the deadlines in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 2/28/2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 3/7/2022 |
| Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) | 3/14/2022 |

Plaintiff previously requested an extension to the initial scheduling dates which the Court granted on October 18, 2021 (see ECF No. 8) and the above further requested extension of the deadlines will allow the parties to further explore settlement and to file and respond to initial pleadings if settlement is not reached.  All other instructions set forth in the Court's October 18, 2021 Order (ECF No. 8) are fully incorporated as if set forth in full here.

DATED this 24th day of November, 2021.

STIPULATED MOTION - 2
(2:21−cv−01106−MJP)

HOLLAND & HART LLP
1029 W. 3rd Avenue, Suite 550
Anchorage, Alaska 99501-1944
907.865.2600

Presented By,

| | |
|---|---|
| HOLLAND & HART LLP | NEWMAN DU WORS LLP |
| s/ William G. Cason | s/ Derek Linke |
| William G. Cason, WSBA #55410 | Derek Linke, WSBA No. 38314 |
| 1029 W. 3rd Avenue, Suite 550 | linke@newmanlaw.com |
| Anchorage, Alaska 99501-1944 | 2101 Fourth Avenue, Suite 1500 |
| Telephone: 907.865.2600 | Seattle, WA 98121 |
| wgcason@hollandhart.com | Telephone: (206) 274-2800 |
| docketingteam@hollandhart.com | |
| | Attorneys for Plaintiff |
| Hope Hamilton | Robert W. Monster |
| (not yet admitted *pro hac vice*) | |
| 1800 Broadway, Suite 300 | |
| Boulder, Colorado 80302 | |
| Telephone: 303.473.4822 | |
| hihamilton@hollandhart.com | |
| | |
| Attorneys for Defendant | |
| NV Nutricia | |

IT IS SO ORDERED

Dated this 30th day of November, 2021

*[signature]*

Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION - 3
(2:21−cv−01106−MJP)

HOLLAND & HART LLP
1029 W. 3rd Avenue, Suite 550
Anchorage, Alaska 99501-1944
907.865.2600