The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT W. MONSTER,

Plaintiff,

v.

NV NUTRICIA,

Defendant.

NO. 2:21–cv–01106–TL

STIPULATED MOTION AND ORDER
TO RESET DEFENDANT'S
DEADLINE TO RESPOND TO
COMPLAINT

NOTE ON MOTION CALENDAR:
Thursday, December 16, 2021

Pursuant to Local Civil Rule 7(d)(1) and 10(g), Plaintiff Robert W. Monster
("Plaintiff") and Defendant NV Nutricia ("Defendant") hereby stipulate to and move the
Court to enter an Order resetting Defendant's deadline to answer or respond to Plaintiff's First
Amended Complaint to January 14, 2022.

This is the second stipulation to extend Defendant's deadline to answer or otherwise
respond.  As was the case with the first stipulation (ECF No. 11), this request is made so that
the parties may continue to explore a possible settlement that may fully dispose of this case.
Extending the answer or response deadline to January 14, 2022 will not prejudice either party.

DATED this 16th day of December, 2021.

STIPULATED MOTION AND ORDER - 1
(2:21–cv–01106–TL)

**HOLLAND & HART LLP**
1029 W. 3rd Avenue, Suite 550
Anchorage, Alaska 99501-1944
907.865.2600

Presented By,

HOLLAND & HART LLP

s/ William G. Cason
William G. Cason, WSBA #55410
1029 W. 3rd Avenue, Suite 550
Anchorage, Alaska 99501-1944
Telephone: 907.865.2600
wgcason@hollandhart.com
docketingteam@hollandhart.com

Attorneys for Defendant
NV Nutricia

NEWMAN DU WORS LLP

s/ Derek Linke
Derek Linke, WSBA No. 38314
linke@newmanlaw.com
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800

Attorneys for Plaintiff
Robert W. Monster

IT IS SO ORDERED

Dated this 17th day of December, 2021.

_____
Tana Lin
United States District Judge

STIPULATED MOTION AND ORDER - 2
(2:21−cv−01106−TL)

**HOLLAND & HART LLP**
1029 W. 3rd Avenue, Suite 550
Anchorage, Alaska 99501-1944
907.865.2600