The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT W. MONSTER,

        Plaintiff,

    v.

NV NUTRICIA,

        Defendant.

NO. 2:21−cv−01106−TL

STIPULATED MOTION TO RESET DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT

NOTE ON MOTION CALENDAR:
Friday, January 14, 2021

Pursuant to Local Civil Rule 7(d)(1) and 10(g), Plaintiff Robert W. Monster ("Plaintiff") and Defendant NV Nutricia ("Defendant") hereby stipulate to and move the Court to enter an Order resetting Defendant's deadline to answer or respond to Plaintiff's First Amended Complaint to February 4, 2022.

This is the third stipulation to extend Defendant's deadline to answer or otherwise respond. As was the case with the first and second stipulation (ECF Nos. 11 and 16), this request is made so that the parties may continue to explore a possible settlement that may fully dispose of this case. Extending the answer or response deadline to February 4, 2022 will not prejudice either party.

DATED this 14th day of January, 2022.

STIPULATED MOTION - 1
(2:21−cv−01106−TL)

**HOLLAND & HART LLP**
1029 W. 3rd Avenue, Suite 550
Anchorage, Alaska 99501-1944
907.865.2600

Presented By,

HOLLAND & HART LLP

s/ *William G. Cason*
William G. Cason, WSBA #55410
1029 W. 3rd Avenue, Suite 550
Anchorage, Alaska 99501-1944

Telephone: 907.865.2600
wgcason@hollandhart.com
docketingteam@hollandhart.com

Attorneys for Defendant
NV Nutricia

NEWMAN DU WORS LLP

s/ *Derek Linke*
Derek Linke, WSBA No. 38314
linke@newmanlaw.com
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800

Attorneys for Plaintiff
Robert W. Monster

IT IS SO ORDERED

Dated this 20th day of January, 2022

Tana Lin
United States District Judge

STIPULATED MOTION - 2
(2:21−cv−01106−TL)

**HOLLAND & HART LLP**
1029 W. 3rd Avenue, Suite 550
Anchorage, Alaska 99501-1944
907.865.2600

1

## <u>CERTIFICATE OF SERVICE</u>

2   I hereby certify that on this 14th day of January, 2022, I electronically filed the

3 foregoing **STIPULATED MOTION TO RESET DEFENDANT'S DEADLINE TO**

4 **RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which

5 will send notification of such filing to the following:

6
7   Derek Linke, WSBA No. 38314
   linke@newmanlaw.com
   Derek A. Newman, WSBA No. 26967
8   dn@newmanlaw.com
   2101 Fourth Avenue, Suite 1500
9   Seattle, WA 98121
   Telephone: (206) 274-2800
10

11   Daniel R. Prince, WSBA No. 48709
   danielprince@epik.com
12   2020 Maltby Rd. Ste 7 #412
   Bothell, WA 98021
13   Telephone: (206) 289-0665

14
   Attorneys for Plaintiff
15   Robert W. Monster

16

17              <u>s/Craig Radoci</u>
              Craig Radoci
18

19
 18088161_v1
20

21

22

23

24

25

26

STIPULATED MOTION - 3
(2:21−cv−01106−TL)

**HOLLAND & HART LLP**
1029 W. 3rd Avenue, Suite 550
Anchorage, Alaska 99501-1944
907.865.2600