UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT W MONSTER,<br><br>    Plaintiff(s),<br><br>    v.<br><br>NV NUTRICIA,<br><br>    Defendant(s). | CASE NO. 2:21-cv-01106-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Plaintiff Robert W. Monster brings this case against Defendant N.V. Nutricia seeking a declaratory judgment regarding the disposition of the domain name "fortini.com" under the Anti-Cybersquatting Consumer Protection Act (ACPA), 15 U.S.C. § 1114(2)(D), and the Federal Declaratory Judgment Act, 28 U.S.C. § 2201.

(2) On April 4, 2022, upon Plaintiff's motion, the Clerk of the Court entered default against Defendant. Dkt. No. 23.

(3) Accordingly, it is hereby ORDERED as follows:

  (a) Plaintiff shall have **thirty (30) days** from the date of this Order to move for default judgment or other relief.

  (b) Absent such action, the Court may dismiss this case for failure to prosecute.

Dated this 30th day of August 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 2